IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-02804-WYD-CBS

RINGSBY TERMINALS, INC.,

     Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

     Defendant.

## ORDER

On February 24, 2011, the Plaintiff filed an "Unopposed Motion for Extension of Time to Respond to Defendant's First Discovery Requests to Plaintiff" [ECF No. 8]. Under D.C. COLO.LCiv.R. 6.1(A), the parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed in the Federal Rules of Civil Procedure to respond to discovery requests.  While the stipulation must be filed with the court, it is effective upon filing and requires no ruling by the court.  *See* D.C. COLO.LCiv.R. 6.1(A).  Nevertheless, the stipulation of the parties is affirmed by this Court.

Further, in its filing, the Plaintiff refers to MSK Civ. Practice Standard II.G.  The Practice Standards of Judge Krieger are not followed by me and should not be cited unless Judge Krieger is the presiding Judge.  The Plaintiff is directed to Chief Judge Daniel's practice standards, which may be found at

-1-

http://www.cod.uscourts.gov/Judges/Judges.aspx.

Dated: March 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge