IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02804-WYD-CBS

RINGSBY TERMINALS, INC.,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

THIS MATTER IS before the court on Plaintiff's Unopposed Motion to Modify Scheduling Order (*doc # 10*), filed April 29, 2011. IT IS HEREBY ORDERED that the instant motion is GRANTED, and the deadlines set in the court's January 10, 2011 Scheduling Order (*doc # 7*) are amended to the extent set forth below:

| | |
|---|---|
| Affirmative expert designation | May 31, 2011 |
| Rebuttal expert designation | July 15, 2011 |
| Last day to serve discovery | July 15, 2011 |
| Discovery cut-off | August 31, 2011 |
| Dispositive motion deadline | October 1, 2011 |

IT IS FURTHER ORDERED that the Final Pretrial Conference set for November 8, 2011 is vacated and RESET for **December 15, 2011** at **10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    May 3, 2011